BENJAMIN B. WAGNER
United States Attorney
NICHOLAS M. FOGG
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:12-CR-217-CKD |
| | ) | |
| Plaintiff, | ) | Order Continuing Hearing on |
| | ) | Motion to Modify Conditions of |
| | ) | Release |
| v. | ) | |
| | ) | |
| PORSHA M. SLATER, | ) | DATE: October 18, 2012 |
| | ) | TIME: 9:30 a.m. |
| Defendant. | ) | JUDGE: Carolyn K. Delaney |

It is hereby ordered that the Hearing on the government's motion to modify the defendant's conditions of release scheduled for October 11, 2012 at 9:30 a.m. is continued to October 18, 2012 at 9:30 a.m.

IT IS SO ORDERED.

Dated: October 11, 2012           /s/ Carolyn K. Delaney
                                  _____
                                  HON. CAROLYN K. DELANEY
                                  United States Magistrate Judge