1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  LINDA C. HARTER, Bar #179741
   Chief Assistant Federal Defender
3  MEGHAN CLAIR
   Certified Student Attorney
4  Designated Counsel for Service
   801 I Street, 3rd Floor
5  Sacramento, California 95814
   Telephone: (916) 498-5700
6

7  Attorney for Defendant
   PORSHA M. SLATER
8

9              IN THE UNITED STATES DISTRICT COURT

10              FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12 UNITED STATES OF AMERICA,       )  No. 2:12-CR-217-CKD
                                   )
13              Plaintiff,         )
                                   )  STIPULATION AND ORDER
14      v.                         )  ADVANCING SENTENCING HEARING AND
                                   )  VACATING PRESENTENCE REPORT
15 PORSHA M. SLATER,               )  DISCLOSURE SCHEDULE
                                   )
16              Defendant.         )
                                   )  Date:  January 3, 2013
17 _____ )  Time:  9:30 a.m.
                                      Judge: Hon. Carolyn K. Delaney
18

19
         The United States Attorney through his respective counsel, NICHOLAS
20
   M. FOGG, Special Assistant United States Attorney, and LINDA C. HARTER,
21
   Chief Assistant Federal Defender, Attorney for PORSHA M. SLATER, and
22
   Certified Student Attorney, MEGHAN J. CLAIR, hereby stipulate to vacate
23
   both the Presentence Report Disclosure Schedule and the Sentencing
24
   Hearing currently scheduled for January 31, 2013 and set a Sentencing
25
   Hearing for January 3, 2012 at 9:30 a.m. before Magistrate Judge Carolyn
26
   K. Delaney.
27
         On December 27, 2012, both the government and defense counsel
28

received copies of Ms. Slater's Presentence Report prepared by United States Probation Officers Preap and Storey. Counsel for both parties have reviewed and discussed the report. Neither the government nor defense counsel have any objections to the recommendations made by Officers Preap and Storey. As such, the Presentence Report Disclosure Schedule set by the Court on November 15, 2012, is no longer necessary. Since the Sentencing Hearing was originally set for January 31, 2013 in order to accommodate the Disclosure Schedule, neither party will be prejudiced by scheduling Ms. Slater's sentencing hearing for January 3, 2013.

Further, Ms. Slater is currently in the third trimester of her pregnancy. Her due date is January 26, 2013. In light of the impending birth of her child, it is very likely that Ms. Slater's physical condition will preclude her from appearing for sentencing on January 31, 2013. Accordingly, both defense counsel and the government agree to set Ms. Slater's Sentencing Hearing for January 3, 2013 at 9:30 a.m. before Magistrate Judge Carolyn K. Delaney.

Dated: December 28, 2012            Respectfully submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender


                                    /s/ Matthew Scoble

                                    LINDA C. HARTER
                                    Chief Assistant Federal Defender
                                    Attorney for Defendant
                                    PORSHA M. SLATER


                                    /s/ Meghan J. Clair

                                    MEGHAN J. CLAIR
                                    Certified Student Attorney


Stipulation and Order            -2-

Dated: December 28, 2012          BENJAMIN B. WAGNER
                                  United States Attorney


                                  /s/ Nicholas M. Fogg
                                  NICHOLAS M. FOGG
                                  Special Assistant U.S. Attorney


**ORDER**

IT IS SO ORDERED.



Dated: December 28, 2012          /s/Carolyn K. Delaney
                                  HON. Carolyn K. Delaney
                                  United States Magistrate Judge